## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHELLE A. TURNER | * |
| | * |
| v. | *   Civil No. – JFM-14-576 |
| | * |
| JPMORGAN CHASE BANK, N.A. | * |

### MEMORANDUM

On April 23, 2014, I granted a motion to dismiss filed by defendant. In my memorandum I recited that "plaintiff has not responded to the motion after having been advised of the consequences of a failure to do so."

Plaintiff has now filed an "appeal and response to judge's order to dismiss." In this document plaintiff denies ever having been advised to respond to the motion to dismiss.

In issuing my memorandum I relied upon the docket which reflected that a notice advising plaintiff of the consequences of a failure to respond to the motion had been sent. In light of plaintiff's most recent filing, however, I have decided that she should be given an additional opportunity to respond to the motion. Accordingly, I am entering an order herewith rescinding my order of dismissal and advising plaintiff to respond to the motion to dismiss on or before May 29, 2014.

Date: _____          _____
                              J. Frederick Motz
                              United States District Judge